UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00213 |
| | ) | JUDGE SHARP |
| WILLIAM JOHN PATTERSON | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set Date for Plea Hearing (Docket No. 25).

The motion is GRANTED. A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, June 19, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE